**No. 54564.**—Mutual Trading Company, Inc. v. United States, protests 148765–K and 151081–K (Los Angeles).

Opinion by MOLLISON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JULY 24, 1950

**No. 54565.**—Schlumberger Well Surveying Corp. v. United States, protests 147290–K, etc. (Galveston).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the galvanometers and parts thereof are similar in all material respects to the gradiometers, gravitymeters, and vertical field balances the subject of *Asiatic Petroleum Corp.* v. *United States* (19 Cust. Ct. 3, C. D. 1058), *American Askania Corp.* v. *United States* (20 id. 302, Abstract 52267), and *American Askania Corporation* v. *United States* (21 id. 26, C. D. 1121), respectively, the claim of the plaintiff was sustained.